**Order entered November 14, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00860-CV

### BBVA COMPASS, ET AL., Appellants

### V.

### DAVID BAGWELL, INDIVIDUALLY AND AS
### TRUSTEE OF THE DAVID S. BAGWELL TRUST, ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00991**

## ORDER

Before the Court is appellants' November 12, 2018 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **December 27, 2018**. We caution appellants that further requests for extension will be disfavored.

/s/     ADA BROWN
        JUSTICE